James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
ALEXANDRA POLAKOVIC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRA POLAKOVIC, an individual, | Case No. C 3:14-cv-03424 MEJ |
| Plaintiff, | STIPULATION WITH PROPOSED ORDER TO ALLOW FILING OF FIRST AMENDED COMPLAINT |
| v. | |
| ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; PRESCOTT WOODFORD, individually and in his official capacity, et al., | Judge: Hon. Maria-Elena James<br>Ctrm : Courtroom B, 15th Floor<br>Loc'n : 450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Defendants. | |
| _____/ | |

The parties, Plaintiff, ALEXANDRA POLAKOVIC, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and PRESCOTT WOODFORD, each through their respective counsel, hereby stipulate to the following:

1. Defendants ELECTRONIC DOCUMENT PROCESSING, INC. ("EDP") and WOODFORD would like to remove certain affirmative defenses from their answer filed on 11/21/2014, to avoid a motion to strike affirmative defenses by plaintiff;

2. Plaintiff would like to add two paragraphs to her complaint regarding entitlement to injunctive relief. A copy of the proposed first amended complaint is

- 1 -
STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT

attached hereto as Exhibit 1. The proposed new allegations are paragraph numbers 98 and 99, on page 25 of Exhibit 1.

3. Pursuant to Case Management Order, the parties have until March 2, 2015 to file amended pleadings.

4. Pursuant to the foregoing, the parties request an order from the Court as follows:

(a) allowing plaintiff to file a first amended complaint (FAC) forthwith;

(b) order defendants to file an answer to the FAC by March 13, 2015; and

(c) giving plaintiff until March 17, 2015 to file a motion to strike defendants' answer to the FAC.

DATED: March 2, 2015        ____/s/ James A. Michel_____
                            JAMES A. MICHEL
                            Attorney for Plaintiff
                            ALEXANDRA POLAKOVIC

DATED: March 2, 2015        ___/s/ Jonathan M. Blute_____
                            JONATHAN M. BLUTE
                            Murphy, Pearson, Bradley & Feeney
                            Attorneys for Defendants
                            ELECTRONIC DOCUMENT
                            PROCESSING, INC. and PRESCOTT
                            WOODFORD

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                     HON. MARIA-ELENA JAMES
                                     UNITED STATES MAGISTRATE JUDGE