UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA POLAKOVIC<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., et al.,<br><br>Defendants. | Case No. 14-cv-03424-MEJ (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: March 18, 2015<br>Mediator: David Bluhm |

IT IS HEREBY ORDERED that the request to excuse defendant Electronic Document Processing, Inc.'s ("EDP") representative, defendant Prescott Woodford, and defendants' insurer representative from appearing in person at the March 18, 2015, mediation before David Bluhm is GRANTED in part and DENIED in part as follows: defendants EDP's and Prescott Woodford's requests are DENIED, and defendants' insurer representative's request is GRANTED. The insurer representative shall participate telephonically throughout the mediation as set forth in ADR L.R. 6-10(f), and EDP and Mr. Woodford shall attend the session in person.

**IT IS SO ORDERED.**

Dated: 3/10/15




Joseph C. Spero
United States