# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA POLAKOVIC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-03424-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br><br>Re: Dkt. No. 27 |

Pending before the Court is Plaintiff's Motion to Strike Affirmative Defenses in Defendants' Answer to First Amended Complaint. Dkt. No. 27. No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders. *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James. The parties shall immediately submit a chambers copy of the above-referenced documents. ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

　**IT IS SO ORDERED.**

Dated: March 27, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge