# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA POLAKOVIC,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03424-MEJ<br><br>**ORDER RE: JOINT NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 30 |

On March 27, 2015, the parties filed a Joint Notice of Settlement. Accordingly, all pending deadlines and hearing dates are VACATED. Plaintiff may disregard the previous order to submit chambers copies re: Motion to Strike Affirmative Defenses.

The parties shall file a stipulation for dismissal or joint status report by April 27, 2015.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge