1  James A. Michel
   State Bar No. 184730
2  2912 Diamond St. #373
   San Francisco CA 94131
3  415/ 239-4949
   (Fax 239-0156)
4  attyjmichel@gmail.com

5  Attorney for Plaintiff
   ALEXANDRA POLAKOVIC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ALEXANDRA POLAKOVIC, an individual, | Case No. C 3:14-cv-03424 MEJ |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER |
| v. | |
| ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; PRESCOTT WOODFORD, individually and in his official capacity, et al., | Judge: Hon. Maria-Elena James<br>Ctrm : Courtroom B, 15th Floor<br>Loc'n : 450 Golden Gate Avenue<br>San Francisco CA 94102 |
| Defendants. | |
| _____/ | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALEXANDRA POLAKOVIC, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. and PRESCOTT WOODFORD, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff against Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

- 1 -
STIPULATION FOR DISMISSAL AND PROPOSED ORDER

DATED: April 14, 2015

/s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
ALEXANDRA POLAKOVIC

DATED: April 14, 2015

/s/ Jonathan M. Blute
JONATHAN M. BLUTE
Murphy, Pearson, Bradley & Feeney
Attorneys for Defendants
ELECTRONIC DOCUMENT PROCESSING, INC. and PRESCOTT WOODFORD

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: April 14, 2015

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL AND PROPOSED ORDER